**Bernardo FIGUEROA, Plaintiff— Appellant,**

v.

**Lieutenant GRANT, Sussex I State Prison; G. Cook, Sussex I State Prison, Defendants—Appellees,**

and

**Gene M. Johnson, Director, Virginia Department of Corrections, Defendant.**

No. 04–6909.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 19, 2004.

Bernardo Figueroa, Appellant pro se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernardo Figueroa appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Figueroa v. Grant*, No. CA–03–609 (E.D.Va. May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*